# EXHIBIT A

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Walmart**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 29035 | 4179590 | 9/29/2022 | 11/29/2022 | $ 12,715.32 | $ 12,715.32 |
| 29035 | 4179593 | 9/29/2022 | 11/29/2022 | $ 22,364.76 | $ 22,364.76 |
| 29035 | 4179596 | 9/29/2022 | 11/29/2022 | $ 22,683.96 | $ 22,683.96 |
| 29035 | 22053932 | 10/3/2022 | 10/3/2022 | $ 623.15 | $ 372.22 |
| 29035 | 22053930 | 10/3/2022 | 10/3/2022 | $ 2,292.52 | $ 2,292.52 |
| 29035 | 22053931 | 10/3/2022 | 10/3/2022 | $ 3,061.10 | $ 3,061.10 |
| 29035 | 22053933 | 10/3/2022 | 10/3/2022 | $ 3,328.21 | $ 3,328.21 |
| 29035 | 22053938 | 10/4/2022 | 10/4/2022 | $ 1,838.25 | $ 1,838.25 |
| 29035 | 4184335 | 10/6/2022 | 12/6/2022 | $ 10,707.00 | $ 10,707.00 |
| 29035 | 4184339 | 10/6/2022 | 12/6/2022 | $ 11,625.00 | $ 11,625.00 |
| 29035 | 4184336 | 10/6/2022 | 12/6/2022 | $ 11,781.48 | $ 11,781.48 |
| 29035 | 4184338 | 10/6/2022 | 12/6/2022 | $ 12,712.80 | $ 12,712.80 |
| 29035 | 4184337 | 10/6/2022 | 12/6/2022 | $ 23,180.52 | $ 23,180.52 |
| 29035 | 22056108 | 10/11/2022 | 10/11/2022 | $ 1,838.25 | $ 1,838.25 |
| 29035 | 4188217 | 10/13/2022 | 12/13/2022 | $ 5,406.24 | $ 5,406.24 |
| 29035 | 4188216 | 10/13/2022 | 12/13/2022 | $ 7,286.40 | $ 7,286.40 |
| 29035 | 4188208 | 10/13/2022 | 12/13/2022 | $ 7,595.04 | $ 7,595.04 |
| 29035 | 4188211 | 10/13/2022 | 12/13/2022 | $ 15,777.84 | $ 15,777.84 |
| 29035 | 4188209 | 10/13/2022 | 12/13/2022 | $ 26,047.68 | $ 26,047.68 |
| 29035 | 4192215 | 10/20/2022 | 12/20/2022 | $ 10,601.28 | $ 10,601.28 |
| 29035 | 4192214 | 10/20/2022 | 12/20/2022 | $ 11,405.76 | $ 11,405.76 |
| 29035 | 4192218 | 10/20/2022 | 12/20/2022 | $ 13,137.12 | $ 13,137.12 |
| 29035 | 4192220 | 10/20/2022 | 12/20/2022 | $ 19,992.00 | $ 19,992.00 |
| 29035 | 4192216 | 10/20/2022 | 12/20/2022 | $ 22,753.44 | $ 22,753.44 |
| 29035 | 4196047 | 10/27/2022 | 12/27/2022 | $ 5,824.32 | $ 5,824.32 |
| 29035 | 4196046 | 10/27/2022 | 12/27/2022 | $ 9,130.08 | $ 9,130.08 |
| 29035 | 4196044 | 10/27/2022 | 12/27/2022 | $ 10,867.20 | $ 10,867.20 |
| 29035 | 4196041 | 10/27/2022 | 12/27/2022 | $ 14,721.12 | $ 14,721.12 |
| 29035 | 4196048 | 10/27/2022 | 12/27/2022 | $ 19,085.76 | $ 19,085.76 |
| 29035 | 22061331 | 11/1/2022 | 11/1/2022 | $ 2,533.54 | $ 2,533.54 |
| 29035 | 22061329 | 11/1/2022 | 11/1/2022 | $ 2,796.22 | $ 2,796.22 |
| 29035 | 22061334 | 11/1/2022 | 11/1/2022 | $ 4,602.16 | $ 4,235.30 |
| 29035 | 22061330 | 11/1/2022 | 11/1/2022 | $ 5,017.65 | $ 5,017.65 |
| 29035 | 22061339 | 11/1/2022 | 11/1/2022 | $ 6,242.72 | $ 6,242.72 |
| 29035 | 22061336 | 11/1/2022 | 11/1/2022 | $ 15,078.10 | $ 9,963.83 |
| 29035 | 22061338 | 11/1/2022 | 11/1/2022 | $ 21,575.54 | $ 17,249.74 |
| 29035 | 22061333 | 11/1/2022 | 11/1/2022 | $ 104,307.00 | $ 102,934.23 |
| 29035 | 4199556 | 11/3/2022 | 1/3/2023 | $ 7,274.88 | $ 7,274.88 |
| 29035 | 4199552 | 11/3/2022 | 1/3/2023 | $ 8,238.72 | $ 8,238.72 |
| 29035 | 4199553 | 11/3/2022 | 1/3/2023 | $ 8,675.52 | $ 8,675.52 |
| 29035 | 4199554 | 11/3/2022 | 1/3/2023 | $ 10,383.36 | $ 10,383.36 |
| 29035 | 4199558 | 11/3/2022 | 1/3/2023 | $ 24,898.56 | $ 24,898.56 |
| 29035 | 22062169 | 11/9/2022 | 11/9/2022 | $ 959.11 | $ 376.45 |
| 29035 | 22062168 | 11/9/2022 | 11/9/2022 | $ 2,794.70 | $ 1,435.51 |
| 29035 | 22062167 | 11/9/2022 | 11/9/2022 | $ 1,648.86 | $ 1,648.86 |
| 29035 | 22062166 | 11/9/2022 | 11/9/2022 | $ 1,838.25 | $ 1,838.25 |
| 29035 | 22062171 | 11/9/2022 | 11/9/2022 | $ 28,505.98 | $ 7,871.30 |

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Walmart**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 29035 | 22062170 | 11/9/2022 | 11/9/2022 | $ 16,124.74 | $ 16,121.43 |
| 29035 | 4203089 | 11/10/2022 | 1/10/2023 | $ 4,104.96 | $ 4,104.96 |
| 29035 | 4203092 | 11/10/2022 | 1/10/2023 | $ 6,061.44 | $ 6,061.44 |
| 29035 | 4203088 | 11/10/2022 | 1/10/2023 | $ 6,666.24 | $ 6,666.24 |
| 29035 | 4203090 | 11/10/2022 | 1/10/2023 | $ 6,894.24 | $ 6,894.24 |
| 29035 | 4203087 | 11/10/2022 | 1/10/2023 | $ 12,299.04 | $ 12,299.04 |
| 29035 | 22064611 | 11/14/2022 | 11/14/2022 | $ 1,317.24 | $ 841.24 |
| 29035 | 4204877 | 11/14/2022 | 1/14/2023 | $ 1,719.36 | $ 1,719.36 |
| 29035 | 4204878 | 11/14/2022 | 1/14/2023 | $ 2,292.48 | $ 2,292.48 |
| 29035 | 4204875 | 11/14/2022 | 1/14/2023 | $ 2,579.04 | $ 2,579.04 |
| 29035 | 4204876 | 11/14/2022 | 1/14/2023 | $ 3,438.72 | $ 3,438.72 |
| 29035 | 4204874 | 11/14/2022 | 1/14/2023 | $ 6,304.32 | $ 6,304.32 |
| 29035 | 22064622 | 11/15/2022 | 11/15/2022 | $ 2,074.87 | $ 2,074.87 |
| 29035 | 4207613 | 11/17/2022 | 1/17/2023 | $ 9,689.28 | $ 9,689.28 |
| 29035 | 4207618 | 11/17/2022 | 1/17/2023 | $ 10,812.48 | $ 10,812.48 |
| 29035 | 4207621 | 11/17/2022 | 1/17/2023 | $ 10,867.20 | $ 10,867.20 |
| 29035 | 4207623 | 11/17/2022 | 1/17/2023 | $ 16,640.64 | $ 16,640.64 |
| 29035 | 4207616 | 11/17/2022 | 1/17/2023 | $ 17,476.80 | $ 17,476.80 |
| 29035 | 22066132 | 11/21/2022 | 11/21/2022 | $ 276.60 | $ 276.60 |
| 29035 | 22066133 | 11/21/2022 | 11/21/2022 | $ 6,282.08 | $ 2,531.16 |
| 29035 | 22066130 | 11/21/2022 | 11/21/2022 | $ 3,416.03 | $ 3,416.03 |
| 29035 | 22066131 | 11/21/2022 | 11/21/2022 | $ 5,542.20 | $ 5,309.22 |
| 29035 | 22066134 | 11/21/2022 | 11/21/2022 | $ 9,037.13 | $ 5,822.26 |
| 29035 | 22068106 | 11/28/2022 | 11/28/2022 | $ 3,297.72 | $ 3,297.72 |
| 29035 | 4212335 | 11/28/2022 | 1/28/2023 | $ 8,814.24 | $ 8,814.24 |
| 29035 | 4212332 | 11/28/2022 | 1/28/2023 | $ 11,355.84 | $ 11,355.84 |
| 29035 | 4212336 | 11/28/2022 | 1/28/2023 | $ 19,238.40 | $ 19,238.40 |
| 29035 | 4212333 | 11/28/2022 | 1/28/2023 | $ 20,573.28 | $ 20,573.28 |
| 29035 | 4212334 | 11/28/2022 | 1/28/2023 | $ 34,121.28 | $ 34,121.28 |
| 29035 | 22068111 | 11/29/2022 | 11/29/2022 | $ 2,074.87 | $ 2,074.87 |
| 29035 | 22068110 | 11/29/2022 | 11/29/2022 | $ 3,797.01 | $ 3,797.01 |
| 29035 | 4213447 | 12/1/2022 | 1/31/2023 | $ 10,572.96 | $ 10,572.96 |
| 29035 | 4213452 | 12/1/2022 | 1/31/2023 | $ 12,853.92 | $ 12,853.92 |
| 29035 | 4213450 | 12/1/2022 | 1/31/2023 | $ 14,720.16 | $ 14,720.16 |
| 29035 | 4213449 | 12/1/2022 | 1/31/2023 | $ 24,367.68 | $ 24,367.68 |
| 29035 | 4213446 | 12/1/2022 | 1/31/2023 | $ 26,156.16 | $ 26,156.16 |
| 29035 | 4223207 | 12/15/2022 | 2/14/2023 | $ 9,096.00 | $ 9,096.00 |
| 29035 | 4223210 | 12/15/2022 | 2/14/2023 | $ 10,115.52 | $ 10,115.52 |
| 29035 | 4223211 | 12/15/2022 | 2/14/2023 | $ 10,950.72 | $ 10,950.72 |
| 29035 | 4227355 | 12/20/2022 | 2/19/2023 | $ 14,078.88 | $ 14,078.88 |
| 29035 | 4227356 | 12/20/2022 | 2/19/2023 | $ 31,170.72 | $ 31,170.72 |
| 29035 | 4228246 | 12/21/2022 | 2/20/2023 | $ 7,001.76 | $ 7,001.76 |
| 29035 | 4228249 | 12/21/2022 | 2/20/2023 | $ 11,670.72 | $ 11,670.72 |
| 29035 | 4228247 | 12/21/2022 | 2/20/2023 | $ 11,795.04 | $ 11,795.04 |
| 29035 | 4228958 | 12/22/2022 | 2/21/2023 | $ 1,921.20 | $ 1,921.20 |
| 29035 | 4228959 | 12/22/2022 | 2/21/2023 | $ 2,305.44 | $ 2,305.44 |
| 29035 | 4228961 | 12/22/2022 | 2/21/2023 | $ 2,689.68 | $ 2,689.68 |

Case 25-50360-KBO    Doc 1-1    Filed 02/19/25    Page 4 of 4

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Walmart**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 29035 | 4228957 | 12/22/2022 | 2/21/2023 | $ 12,151.92 | $ 12,151.92 |
| 29035 | 4228962 | 12/22/2022 | 2/21/2023 | $ 26,192.64 | $ 26,192.64 |
| 29035 | 4231210 | 12/29/2022 | 2/28/2023 | $ 9,542.64 | $ 9,542.64 |
| 29035 | 4231214 | 12/29/2022 | 2/28/2023 | $ 9,604.80 | $ 9,604.80 |
| 29035 | 4231216 | 12/29/2022 | 2/28/2023 | $ 11,830.32 | $ 11,830.32 |
| 29035 | 4231211 | 12/29/2022 | 2/28/2023 | $ 15,573.60 | $ 15,573.60 |
| 29035 | 4231213 | 12/29/2022 | 2/28/2023 | $ 18,218.64 | $ 18,218.64 |
| 29035 | 4232782 | 1/5/2023 | 3/7/2023 | $ 6,067.68 | $ 6,067.68 |
| 29035 | 4232783 | 1/5/2023 | 3/7/2023 | $ 6,293.52 | $ 6,293.52 |
| 29035 | 4232785 | 1/5/2023 | 3/7/2023 | $ 6,587.04 | $ 6,587.04 |
| 29035 | 4232781 | 1/5/2023 | 3/7/2023 | $ 9,099.12 | $ 9,099.12 |
| 29035 | 4232786 | 1/5/2023 | 3/7/2023 | $ 14,653.44 | $ 14,653.44 |
| 29035 | 4238718 | 1/12/2023 | 3/14/2023 | $ 4,964.16 | $ 4,964.16 |
| 29035 | 4238720 | 1/12/2023 | 3/14/2023 | $ 5,644.32 | $ 5,644.32 |
| 29035 | 4238717 | 1/12/2023 | 3/14/2023 | $ 5,952.48 | $ 5,952.48 |
| 29035 | 4238721 | 1/12/2023 | 3/14/2023 | $ 9,147.60 | $ 9,147.60 |
| 29035 | 4238719 | 1/12/2023 | 3/14/2023 | $ 19,692.24 | $ 19,692.24 |
| 29035 | 4248690 | 1/19/2023 | 3/21/2023 | $ 11,940.00 | $ 11,940.00 |
| 29035 | 4248692 | 1/19/2023 | 3/21/2023 | $ 13,905.84 | $ 13,905.84 |
| 29035 | 4248689 | 1/19/2023 | 3/21/2023 | $ 15,076.32 | $ 15,076.32 |
| 29035 | 4248694 | 1/19/2023 | 3/21/2023 | $ 17,440.56 | $ 17,440.56 |
| 29035 | 4248696 | 1/19/2023 | 3/21/2023 | $ 23,131.68 | $ 23,131.68 |
| 29035 | 4258156 | 1/26/2023 | 3/28/2023 | $ 6,855.36 | $ 6,855.36 |
| 29035 | 4258157 | 1/26/2023 | 3/28/2023 | $ 8,764.32 | $ 8,764.32 |
| 29035 | 4258154 | 1/26/2023 | 3/28/2023 | $ 9,721.44 | $ 9,721.44 |
| 29035 | 4258158 | 1/26/2023 | 3/28/2023 | $ 18,854.64 | $ 18,854.64 |
| 29035 | 4258155 | 1/26/2023 | 3/28/2023 | $ 20,484.24 | $ 20,484.24 |
| 29035 | 4263097 | 2/2/2023 | 4/4/2023 | $ 9,873.84 | $ 9,873.84 |
| 29035 | 4263102 | 2/2/2023 | 4/4/2023 | $ 10,483.20 | $ 10,483.20 |
| 29035 | 4263093 | 2/2/2023 | 4/4/2023 | $ 11,923.68 | $ 11,923.68 |
| 29035 | 4263094 | 2/2/2023 | 4/4/2023 | $ 12,758.40 | $ 12,758.40 |
| 29035 | 4263098 | 2/2/2023 | 4/4/2023 | $ 26,115.12 | $ 26,115.12 |
| 29035 | 4267654 | 2/9/2023 | 4/11/2023 | $ 6,592.80 | $ 6,592.80 |
| 29035 | 4267655 | 2/9/2023 | 4/11/2023 | $ 15,152.88 | $ 15,152.88 |
| 29035 | 4267645 | 2/9/2023 | 4/11/2023 | $ 16,988.88 | $ 16,988.88 |
| 29035 | 4267653 | 2/9/2023 | 4/11/2023 | $ 21,443.04 | $ 21,443.04 |
| 29035 | 4267648 | 2/9/2023 | 4/11/2023 | $ 23,531.52 | $ 23,531.52 |
| 29035 | 4272198 | 2/16/2023 | 4/18/2023 | $ 8,459.28 | $ 8,459.28 |
| 29035 | 4272200 | 2/16/2023 | 4/18/2023 | $ 11,513.04 | $ 11,513.04 |
| 29035 | 4272199 | 2/16/2023 | 4/18/2023 | $ 11,946.24 | $ 11,946.24 |
| 29035 | 4272195 | 2/16/2023 | 4/18/2023 | $ 12,496.80 | $ 12,496.80 |
| 29035 | 4272197 | 2/16/2023 | 4/18/2023 | $ 21,154.56 | $ 21,154.56 |
| | | | Totals: | $ 2,402,359.99 | $ 2,102,804.81 |